IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  White, Rene L | Case Number:  05 B 37950 |
| | Judge:  Wedoff, Eugene R |
| Printed:  6/24/08 | Filed:  9/16/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: June 5, 2008
Confirmed: November 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 18,843.00 | |
| Secured: | | 6,655.13 |
| Unsecured: | | 8,458.99 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 963.18 |
| Other Funds: | | 565.70 |
| Totals: | 18,843.00 | 18,843.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,200.00 | 2,200.00 |
| 2. | Wells Fargo Fin Acceptance | Secured | 6,655.13 | 6,655.13 |
| 3. | Anesteshia Services | Unsecured | 150.36 | 214.80 |
| 4. | Roger J Kiley | Unsecured | 5,229.69 | 7,434.81 |
| 5. | Plains Commerce Bank | Unsecured | 319.70 | 456.71 |
| 6. | Wells Fargo Fin Acceptance | Unsecured | 246.87 | 352.67 |
| 7. | American Loan | Unsecured | | No Claim Filed |
| 8. | AmeriCash Loans, LLC | Unsecured | | No Claim Filed |
| 9. | Dr. Armand Gasbarro | Unsecured | | No Claim Filed |
| 10. | Penn Credit Corp | Unsecured | | No Claim Filed |
| 11. | RMA | Unsecured | | No Claim Filed |
| 12. | Credit Protection Association | Unsecured | | No Claim Filed |
| 13. | TeleCheck | Unsecured | | No Claim Filed |
| 14. | Sonic Payday | Unsecured | | No Claim Filed |
| 15. | Ready Money | Unsecured | | No Claim Filed |
| 16. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 17. | Performance Physical Therapy | Unsecured | | No Claim Filed |
| 18. | Pay Day Express | Unsecured | | No Claim Filed |
| 19. | M & M Orthopaedics Ltd | Unsecured | | No Claim Filed |
| 20. | American Collection Corp | Unsecured | | No Claim Filed |
| 21. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 22. | Total Card Solutions | Unsecured | | No Claim Filed |
| 23. | Xpress Cash | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 14,801.75 | $ 17,314.12 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   White, Rene L

Printed:  6/24/08

Case Number:  05 B 37950
Judge:  Wedoff, Eugene R
Filed:  9/16/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 282.64 |
| 5% | 85.65 |
| 4.8% | 177.46 |
| 5.4% | 417.09 |
| 6.5% | 0.34 |
|  | _____ |
|  | $ 963.18 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

